# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | STACEY L. LOWDEN-POOLE |
| Case Number: | 18-23515-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 07, 2019 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/7/19 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#7 - Final Confirmation of Plan Dated 9/4/2018 (NFC)
+ Objection By: Cenlar FSB as servicer for Baxter Credit Union filed 2/22/2019
R / M #: 7 / 0

### *Appearances:*

Debtor: Wright
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __6/13/19__ at __9:00 AM__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/28/2019    9:50:44AM