**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  STACEY L. LOWDEN-POOLE

          Debtor(s)
  Ronda J. Winnecour, Trustee
   Movant
      vs.
  STACEY L. LOWDEN-POOLE

       Respondents

Case No.18-23515JAD

Chapter 13

Document No. 59

FILED
12/14/23 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___14th_____ day of __December__, 20_23_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cvs Pharmacy
Attn Payroll Manager - Corp Hq
One Cvs Dr
Woonsocket,RI 02895

is hereby ordered to immediately terminate the attachment of the wages of STACEY L. LOWDEN-POOLE, social security number XXX-XX-7223.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of STACEY L. LOWDEN-POOLE.

BY THE COURT

                             jsf
_____

cc: Debtor(s)
   Debtor(s) Attorney

UNITED STATES BANKRUPTCY JUDGE
JEFFERY A. DELLER

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 18-23515-JAD

Stacey L. Lowden-Poole                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

**Recip ID                    Recipient Name and Address**
db                        +   Stacey L. Lowden-Poole, 505 Lougeay Road, Pittsburgh, PA 15235-4506

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Cenlar FSB as servicer for Baxter Credit Union bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Baxter Credit Union bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | |
| | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | |
| | on behalf of Creditor Baxter Credit Union mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Dec 14, 2023                       Form ID: pdf900                               Total Noticed: 1

<div style="margin-left: 2em;">
ustpregion03.pi.ecf@usdoj.gov
</div>

Ronda J. Winnecour

<div style="margin-left: 2em;">
cmecf@chapter13trusteewdpa.com
</div>

S. James Wallace

<div style="margin-left: 2em;">
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com
</div>

Shawn N. Wright

<div style="margin-left: 2em;">
on behalf of Debtor Stacey L. Lowden-Poole shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
</div>


TOTAL: 9