IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Stacey L. Lowden-Poole<br><br>　　　　　Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　　Movant(s)<br>　　　vs.<br>Stacey L. Lowden-Poole<br><br>　　　　　Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18-23515-JAD<br>Chapter 13<br><br>Doc #__60__　　FILED<br>　　　　　　　　　12/14/23 1:04 pm<br>　　　　　　　　　CLERK<br>　　　　　　　　　U.S. BANKRUPTCY<br>　　　　　　　　　COURT - WDPA |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on September 14, 2023 (document #40) is hereby WITHDRAWN. The hearing scheduled for January 9, 2024 is cancelled.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

__12/13/2023__　　　　　　　　　　　　/s/ Ronda J. Winnecour
　　　　　　　　　　　　　　　　　　Ronda J. Winnecour (PA I.D. #30399)
　　　　　　　　　　　　　　　　　　Attorney and Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　U.S. Steel Tower – Suite 3250
　　　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　(412) 471-5566
　　　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

SO ORDERED THIS 14th DAY OF DECEMBER 2023


jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23515-JAD |
| Stacey L. Lowden-Poole | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

**Recip ID        Recipient Name and Address**
db              + Stacey L. Lowden-Poole, 505 Lougeay Road, Pittsburgh, PA 15235-4506

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
                        on behalf of Creditor Cenlar FSB as servicer for Baxter Credit Union bnicholas@kmllawgroup.com

Brian Nicholas
                        on behalf of Creditor Baxter Credit Union bnicholas@kmllawgroup.com

Jennifer L. Cerce
                        on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                        btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich
                        on behalf of Creditor Baxter Credit Union mmiksich@kmllawgroup.com

Office of the United States Trustee

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
                on behalf of Debtor Stacey L. Lowden-Poole shawn@shawnwrightlaw.com
                wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 9