**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> STACEY L. LOWDEN-POOLE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-23515 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/04/2018 and confirmed on 10/22/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,267.14 |
| Less Refunds to Debtor | 923.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 121,343.83 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 5,824.92 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,824.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BAXTER CREDIT UNION | 0.00 | 74,870.70 | 0.00 | 74,870.70 |
|     Acct: 8208 | | | | |
|   BAXTER CREDIT UNION | 6,015.01 | 6,015.01 | 0.00 | 6,015.01 |
|     Acct: 8208 | | | | |
|   BAXTER FEDERAL CREDIT UNION | 0.00 | 28,609.00 | 0.00 | 28,609.00 |
|     Acct: 4383 | | | | |
|   BAXTER FEDERAL CREDIT UNION | 115.00 | 115.00 | 0.00 | 115.00 |
|     Acct: 4383 | | | | |
| | | | | 109,609.71 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STACEY L. LOWDEN-POOLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STACEY L. LOWDEN-POOLE | 923.31 | 923.31 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN HILLS SD (PENN HILLS) (EIT)** | 609.21 | 609.21 | 0.00 | 609.21 |
|     Acct: 7223 | | | | |
| | | | | 609.21 |
| **Unsecured** | | | | |
|   BAXTER FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BAXTER FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 9,255.87 | 533.14 | 0.00 | 533.14 |
|     Acct: 7423 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 3,759.09 | 216.52 | 0.00 | 216.52 |
|     Acct: 9665 | | | | |
|   CAPITAL ONE NA** | 3,037.23 | 174.94 | 0.00 | 174.94 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4547 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 4,003.78 | 230.62 | 0.00 | 230.62 |
| | Acct: 4472 | | | | |
| | UPMC HEALTH SERVICES | 1,598.14 | 92.05 | 0.00 | 92.05 |
| | Acct: 7223 | | | | |
| | UPMC PHYSICIAN SERVICES | 579.83 | 33.40 | 0.00 | 33.40 |
| | Acct: 7223 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 170.87 | 9.84 | 0.00 | 9.84 |
| | Acct: 0011 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 164.60 | 9.48 | 0.00 | 9.48 |
| | Acct: 3359 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,299.99 |

TOTAL PAID TO CREDITORS                                                111,518.91

TOTAL CLAIMED
PRIORITY         609.21
SECURED        6,130.01
UNSECURED     22,569.41

Date: 01/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    STACEY L. LOWDEN-POOLE

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-23515 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23515-JAD |
| Stacey L. Lowden-Poole | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey L. Lowden-Poole, 505 Lougeay Road, Pittsburgh, PA 15235-4506 |
| 14924744 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2024 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14948488 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 30 2024 00:08:00 | Baxter Credit Union, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14909989 | + | Email/Text: bankruptcies.notifications@bcu.org | Jan 30 2024 00:10:00 | Baxter Federal Credit Union, 340 North Milwaukee Avenue, Vernon Hills, IL 60061-1533 |
| 14909990 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 01:01:47 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14934201 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:38:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14944085 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:12:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14909991 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:00 | Citi Cards, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14909993 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:47 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 14948262 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14945099 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 30 2024 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14909992 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 30 2024 00:07:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14945227 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:12:55 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14909994 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 30 2024 00:10:00 | UPMC, Distribution Room #386, 2 Hotel Metal Street, Pittsburgh, PA 15203-2348 |
| 14941631 | | Email/Text: BNCnotices@dcmservices.com | Jan 30 2024 00:08:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14941624 | | Email/Text: BNCnotices@dcmservices.com | Jan 30 2024 00:08:00 | UPMC Physician Services, PO Box 1123, |

Case 18-23515-JAD    Doc 74    Filed 01/31/24    Entered 02/01/24 00:32:18    Desc Imaged
                     Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 18 |

| 14942948 | Email/PDF: ebn_ais@aisinfo.com | | Minneapolis, MN 55440-1123 |
|---|---|---|---|
| | | Jan 30 2024 00:12:58 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Baxter Credit Union |
| cr | | Cenlar FSB as servicer for Baxter Credit Union |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Cenlar FSB as servicer for Baxter Credit Union dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Baxter Credit Union dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Baxter Credit Union mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Stacey L. Lowden-Poole shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 9