| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1   Stacey L. Lowden-Poole |
| Debtor 2 |
| United States Bankruptcy Court for the WESTERN District of Pennsylvania |
| Case number   18-23515 JAD |

Official Form 410S1

## Notice of Mortgage Payment Change                                            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Baxter Credit Union                    **Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 8208

**Date of payment change:**
Must be at least 21 days after date of this notice                            01/01/2023

**New total payment:**                                         $1322.34
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $616.49                New escrow payment:  $672.47

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%                New interest rate:  _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____        **New mortgage payment:** $_____

---

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Document ID: 41f21a9d79009ee33a4b7e1ae08f37118d4aa209a3bdb9b94d78f5163b1909b9

Debtor(s)   <u>Stacey      L.         Lowden-Poole</u>   Case number *(if known)* <u>18-23515 JAD</u>
            First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>          Date   12/01/2022
  Signature
Print: Brian Nicholas
      01 Dec 2022, 16:27:19, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701          Market Street, Suite 5000</u>
          Number       Street
          Philadelphia,                    PA    19106
          City                             State  ZIP Code

Contact phone  (215) 627–1322         Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page 2

Document ID: 41f21a9d79009ee33a4b7e1ae08f37118d4aa209a3bdb9b94d78f5163b1909b9