# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Stacey L. Lowden-Poole**<br>    Debtor(s)<br><br>**Baxter Credit Union**<br>    Movant<br>    vs.<br><br>**Stacey L. Lowden-Poole**<br>    Debtor(s)<br><br>**Ronda J. Winnecour**,<br>    Trustee | **BK NO. 18-23515 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 2, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Stacey L. Lowden-Poole
505 Lougeay Road
Pittsburgh, PA 15235

Attorney for Debtor(s)
Shawn N. Wright, Esq.
7240 McKnight Road (VIA ECF)
Pittsburgh, PA 15237

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: December 2, 2022

/s/**Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bnicholas@kmllawgroup.com